# WATKINS LAW

*A Civil Rights & Employee Rights Law Firm*

---

5 Paradies Lane, New Paltz, NY 12561
tel: 845-419-2250
fax: 845-419-2256
www.cdwatkinslaw.com

November 28, 2022        VIA ECF

Hon. Edgardo Ramos
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

    Re:    *Simmons v. Success Academy Charter Schools, Inc.*;
             21 CV 10367 (ER)

Dear Judge Ramos:

    We represent plaintiff in this case. With Defendant's consent, I respectfully request that the Court conference scheduled for December 9 be adjourned until December 15, 2022. The reason for this request is that I have a bench trial in the Court of Claims next week (*Smith v. State of New York*), which had been scheduled to end on December 8, but has now been extended through December 9, 2022. Counsel for both parties in this case are mutually available on December 15, 2022. Thank you for your consideration.

                                           Respectfully submitted,

                                           Christopher D. Watkins

cc: All Counsel (via ECF)

---

The case management conference is adjourned to December 15, 2022 at 10 a.m. The conference will be held by telephone. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.
SO ORDERED.

                                            Edgardo Ramos, U.S.D.J.
                                            Dated: 12/1/2022
                                            New York, New York