# WATKINS LAW

*A Civil Rights & Employee Rights Law Firm*

---

5 Paradies Lane, New Paltz, NY 12561
tel: 845-419-2250
fax: 845-419-2256
www.cdwatkinslaw.com

# MEMO ENDORSED

February 26, 2023                              **VIA ECF**

Hon. Edgardo Ramos
United States Courthouse
40 Foley Square
New York, NY 10007

        **Re:** *Simmons v. Success Academy Charter Schools, Inc.*;
            21 CV 10367 (ER)

Dear Judge Ramos:

    We represent plaintiff in this case. With Defendant's consent, I respectfully request an extension from March 1 to **March 6, 2023** for filing our papers in opposition to Defendant's summary judgment motion. The reason for this request is a particularly busy February, including post-trial briefing in another case, and opposition to an extensive summary judgment motion that is due on February 28, 2023. This is plaintiff's first request for an extension on this motion. If granted, Defendant requests that its reply papers be due by **March 23, 2023**, to which we consent. Thank you for your consideration.

                                                Respectfully submitted,

                                                Christopher D. Watkins

---

The request is granted. Plaintiff Simmons' opposition to the motion for summary judgment shall be filed by March 6, 2023. The reply shall be filed by March 23, 2023. SO ORDERED.

                                            Edgardo Ramos, U.S.D.J.
                                            Dated: February 27, 2023
                                            New York, New York