# WATKINS LAW

*A Civil Rights & Employee Rights Law Firm*

---

5 Paradies Lane, New Paltz, NY 12561
tel: 845-419-2250
fax: 845-419-2256
www.cdwatkinslaw.com

August 17, 2023                                         **VIA ECF**

Hon. Edgardo Ramos
United States Courthouse
40 Foley Square
New York, NY 10007

        **Re:**    *Simmons v. Success Academy Charter Schools, Inc.*;
               **21 CV 10367 (ER)**

Dear Judge Ramos:

      We represent plaintiff in this case. I write to advise the Court that at the conclusion of a mediation held on August 15, 2023, the parties were able to agree to a resolution in principle. I respectfully request that if the Court issues a conditional dismissal order, that its length be 60 days to allow sufficient time for the terms of settlement to be consummated. We anticipate filing a stipulation of dismissal before then. Thank you.

                                                     Respectfully submitted,

                                                     Christopher D. Watkins

cc:    All Counsel (VIA ECF)